Decided September 9, 1999

## DESMOND WHYTE *v.* COMMISSIONER OF CORRECTION

The petitioner Desmond Whyte's petition for certification for appeal from the Appellate Court, 53 Conn. App. 678 (AC 17497), is denied.

*David B. Rozwaski,* special public defender, in support of the petition.

*Eileen McCarthy Geel,* deputy assistant state's attorney, in opposition.

Decided September 9, 1999

## JUDITH SANDVIG ET AL. *v.* A. DEBREUIL AND SONS, INC.

*Donald R. Beebe* and *Susan B. Carr,* in support of the petition.

The plaintiff's petition for certification for appeal from the Appellate Court, 53 Conn. App. 142 (AC 17577), is denied.